**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6563**

———————

JEFFREY DENNARD MCNEAIR,

             Plaintiff — Appellant,

       v.

OBIE GIBSON; MICHAEL ALLEN; BRANDON BROOKS; REGINA WILLIAMS;
CRAIG STANCIL; JEFF TILLEY,

             Defendants — Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
District Judge.  (5:08-ct-03107-D)

———————

Submitted:  July 15, 2011          Decided:  August 5, 2011

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Dennard McNeair, Appellant Pro Se.  Michael Bredenberg,
OFFICE OF THE UNITED STATES ATTORNEY; Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Dennard McNeair, a federal prisoner, appeals the district court's order granting Appellee Obie Gibson's motion for summary judgment and dismissing McNeair's action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), on remand. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNeair v. Gibson, No. 5:08-ct-03107-D (E.D.N.C. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2